This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39070**

**STATE OF NEW MEXICO ex rel.**
**HUMAN SERVICES DEPARTMENT**
**and SHADEN QADAMANI,**

Petitioners-Appellees,

v.

**MUSA NASSAR,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Maria E. Sanchez-Gagne, District Judge**

Genus Law Group
Anthony Spratley
Albuquerque, NM

Lila Bird
Santa Fe, NM

for Appellees

David R. Foster
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED.**

**{2}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JULIE J. VARGAS, Judge**

**ZACHARY A. IVES, Judge**